IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/17/2010

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| RIGGING & WELDING SPECIALISTS, § | CASE NO. 10-34012 | |
| INC. § | (Chapter 11) | |
| § | | |
| DEBTOR § | | |

## AGREED ORDER AUTHORIZING USE OF CASH COLLATERAL

Came on for consideration the Debtor's Motion for Authority to Use Cash Collateral ("Cash Collateral Motion") and the Court after hearing arguments and testimony entered an Order Authorizing Use of Cash Collateral (Doc. No. 13) to expend funds pursuant to the terms and conditions. In connection therewith, the Debtor, Wells Fargo Bank, N.A. and Financial Federal Credit Inc. submit to the Court the following stipulations in accordance with the agreement reached between the parties as to the Debtor's use of cash collateral in the ordinary course of business:

A.  Each holder of a valid and unavoidable lien on the Debtor's accounts receivables is granted a replacement lien on post-petition accounts receivable in the same priority and to the same extent as existed on the petition date. This replacement lien is to the extent of any diminishment in the value of the collateral that occurs from the use of cash collateral.

B.  Debtor will not pay any payroll or salary out of the ordinary course of business.

    C.    Debtor will maintain current insurance in the amount maintained on a pre-petition basis, with the payments as reflected on Exhibit "A". This insurance coverage does not require tocontinue insurance coverage on equipment surrender to secured creditors.

    D.    Debtor will pay only fair market rent on its Baytown facilities, which the Court recognizes that such payments are to an "insider".

It is therefore,

**ORDERED,** that the Debtor is hereby authorized to use cash collateral only in the ordinary course of business as set forth in the 90-day budget attached as Exhibit "A". In the event that Debtor uses cash collateral for any items that would not be considered in the ordinary course of business, Debtor must first seek written approval from Wells Fargo Bank and Financial Federal Credit Inc. It is further

ORDERED, that at least two weeks prior to the expiration of the budget period set forth on Exhibit A, and any subsequent budget period during the pendency of this case, Debtor shall provide both Wells Fargo Bank and Financial Federal Credit Inc. a comparison through Debtor's most recent month end of its actual income and expenses to the budgeted amounts, and a new budget for the next 90-day period. If either Wells Fargo Bank or Financial Federal Credit Inc. does not agree with the newly proposed budget, or believes expenditures were made by Debtor inconsistent with the approved budget, it may file a motion to prohibit Debtor's use of cash collateral, and the Court will consider said motion on shortened notice. It is further

**ORDERED,** that nothing contained in this Agreed Order shall be deemed a consent by

Wells Fargo Bank and Financial Federal Credit Inc. to any charge, lien, assessment or claim against the Collateral under §506 of the Bankruptcy Code or otherwise by the Chapter 11 Debtor and/or a Chapter 7 Trustee unless so ordered by this Court. It is further

**ORDERED,** that the provisions of this Order and any other actions taken pursuant hereto shall survive entry of any orders which may be entered converting this case from Chapter 11 to Chapter 7 of the Bankruptcy Code.  It is further

**ORDERED,** that the Debtor shall timely pay all statutory U. S. Trustee fees.

SIGNED this 17 day of June, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

**AGREED TO:**

**J. CRAIG COWGILL & ASSOCIATES, P.C.**

By: **/s/J. Craig Cowgill**
    J. Craig Cowgill
    State Bar No. 04929000
    8100 Washington, Suite 120
    Houston, TX. 77007
    713/956-0254 (telephone)
    713/956-6284 (fax)
    **jccowgill@cowgillholmes.com**
    **cmoore@cowgillholmes.com**

Attorneys for the Debtor

LEYH & PAYNE LLP

By: /s/Steven A. Leyh
Steven A. Leyh
Texas Bar No. _____
1616 West Voss Road, Suite 125
Houston, Texas 77057
713-785-0881
713-784-0338-fax
info@leyh-payne.com

Attorneys for Wells Fargo Bank
**FINANCIAL FEDERAL CREDIT, INC.**

By: /s/Robert Grawl, Jr.
Robert Grawl, Jr.
State Bar No. 08313400
Assistant General Counsel
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
713-439-1177
713-386-0337-fax
bgrawl@financialfederal.com\

Attorney for Financial Federal Credit Inc.

Page 12
Initial Report to US Trustee

Exhibit D
PROJECTED 90-DAY PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS)

CASE NAME: RIGGING AND WELDING SPECIALISTS, INC.
CASE NUMBER: 10-34012-H1-11

| Sales: | May | May Actual 12-31 | 2010 June | July | Aug | Cash Collateral Agreement |
|---|---|---|---|---|---|---|
| Gross Sales | 600,000 | 414,587 | 700,000 | 800,000 | 800,000 | 2,100,000 |
| Less: Returns/discounts | | | | | | |
| Net Sales | 600,000 | 414,587 | 700,000 | 800,000 | 800,000 | 2,100,000 |
| Cost of Goods Sold: | | | | | | |
| Beginning Inventory at Cost | - | - | - | - | - | |
| Purchases | - | - | - | - | - | |
| Less: Ending Inventory at Cost | - | - | - | - | - | |
| Cost of Goods Sold (COGS) | - | - | - | - | - | |
| Gross Profit (Sales Less COGS) | 600,000 | 414,587 | 700,000 | 800,000 | 800,000 | 2,100,000 |
| Other Operating Income | - | - | - | - | - | |
| Operating Expenses: | | | | | | |
| Officer/Mgmt Payroll (Ch/BJ) | 11,508 | 5,754 | 11,508 | 14,385 | 11,508 | 37,401 |
| Payroll-Other Employees | 185,292 | 94,934 | 192,492 | 245,615 | 192,492 | 742,599 |
| Payroll Taxes | 14,175 | 7,331 | 14,726 | 18,790 | 14,726 | 125,000 |
| Depreciation and Amortization | 38,675 | 21,700 | 21,700 | 21,700 | 21,700 | - |
| Rental-Real Property | 8,000 | - | 8,000 | 8,000 | 8,000 | 54,000 |
| Leases-Personal Property | 66,375 | 58,410 | 82,109 | 82,109 | 82,109 | 199,125 |
| Leases-Note Payable | | | 40,674 | 40,674 | 40,674 | |
| Repairs & Maintenance | 18,000 | 4,101 | 18,000 | 18,000 | 18,000 | 54,000 |
| Insurance | 44,560 | 75,788 | 58,569 | 56,439 | 59,049 | 133,080 |
| Telephone and Utilities | 11,300 | 3,168 | 11,300 | 11,300 | 11,300 | 22,500 |
| Travel & Entertainment | 3,800 | 9 | 3,800 | 3,800 | 3,800 | 11,400 |
| Misc. Operating Expenses | 104,425 | 94,614 | 104,425 | 113,225 | 113,225 | 355,657 |
| Last | | | | | | |
| Total Operating Expenses | 506,110 | 365,807 | 567,303 | 634,037 | 576,583 | 1,733,362 |
| Net Gain/(Loss) from operations | 93,890 | 48,780 | 132,697 | 165,963 | 223,417 | 366,638 |
| Non-Operating Income: | | | | | | |
| Interest Income | - | - | - | - | - | |
| Net Gain on Sale of Assets | - | - | - | - | - | |
| Total Non-Operating Income | - | - | - | - | - | |
| Non-Operating Expenses: | | | | | | |
| Interest Expense | | 871 | 14,663 | 14,663 | 14,663 | |
| Legal and Professional | | - | | | | |
| Total Non-Operating Expenses | - | 871 | 14,663 | 14,663 | 14,663 | |
| Net Income/(Loss) | 93,890 | 47,909 | 118,034 | 151,300 | 208,754 | |



EXHIBIT A